IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for the Operating Engineers Local 66 Contribution Account,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY HIGH LIFT, INC.,<br><br>Defendant. | Civil Action No. 19-1006<br><br>Judge Arthur J. Schwab |

## ORDER OF COURT

AND NOW, to wit, this 24th day of Sept., 2019, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc. and against the Defendant, Allegheny High Lift, Inc., in the amount of $8,416.89.

_____
The Honorable Arthur J. Schwab
United States District Judge

TADMS:5200299-1 017020-156441